| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| **Southern District of Illinois** |
| Case number (*If known*): _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **LPB MHC LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | **dba Sam C. Mitchell & Associates** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-2008143** |
| 4. | **Debtor's address** | **Principal place of business** <br> **115 E. Main St.** <br> Number  Street <br><br> **West Frankfort**   **IL**   **62896** <br> City  State  Zip Code <br><br> **FRANKLIN** <br> County | **Mailing address, if different from principal place of business** <br><br> Number  Street <br><br> City  State  Zip Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number  Street <br><br> City  State  Zip Code |
| 5. | **Debtor's website (URL)** | |

Debtor **LPB MHC LLC** _____ Case number _(if known)_ _____
      Name

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.** **Describe debtor's business:**

A. _Check one:_
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

_Check one:_
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. _Check **all** that apply:_
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor  **LPB MHC LLC**                                    Case number *(if known)* _____
        Name

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No |
|---|---|---|
| | If more than 2 cases, attach a separate list. | ☐ Yes. District _____ When __/__/____ Case number _____ |
| | | District _____ When __/__/____ Case number _____ |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☒ No |
|---|---|---|
| | List all cases. If more than 1, attach a separate list. | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ When __/__/____ |
| | | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number  Street

_____
City        State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

Debtor **LPB MHC LLC** _____   Case number _(if known)_ _____
      Name

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/5/2024**
              MM / DD / YYYY

✗ **/s/ Lance P Brown**       **Lance P Brown**
Signature of authorized representative of debtor     Printed name

Title **Managing Member**

Debtor  **LPB MHC LLC**                                              Case number *(if known)*
        Name

18.  **Signature of attorney**    ✗ **/s/ Robert Eggmann**                    Date
                                    Signature of attorney for debtor                  MM / DD / YYYY

                                  **Robert Eggmann**
                                  Printed name

                                  **Robert Eggmann**
                                  Firm name

                                  _____
                                  Number        Street

                                  _____    _____  _____
                                  City                            State    ZIP Code

                                  _____    **ree@carmodymacdonald.com**
                                  Contact Phone                   Email address

                                  **6203021**                     **Illinois**
                                  Bar number                      State

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5 of 5
Copyright © Financial Software Solutions, LLC                                              BlueStylus

| Fill in this information to identify your case: | |
|---|---|
| Debtor Name | **LPB MHC LLC** |
| United States Bankruptcy Court for the: | **Southern District of Illinois** |
| Case number (*If known*): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Brandon Zanotti<br>14677 Cornith Rd.<br>Marion, IL 62959 | Brandon Zanotti<br>() - | | Disputed | | | $275,000.00 |

# United States Bankruptcy Court

## Southern District of Illinois

In re  **LPB MHC LLC**
Debtor(s)

Case No.
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **11/5/2024**

/s/ **Lance P Brown**
**Lance P Brown**
Signature of Debtor

**4SIWI**
**3307 W. Commercial Rd**
**Marion, IL 62959**

**Ameren Illinois**
**PO Box 88034**
**Chicago, IL 60680-1034**

**American Express**
**PO Box 6031**
**Carol Stream, IL 60197**

**Arthur Agency**
**104 E. Jackson**
**Carbondale, IL 62901**

**Atlas Certified Payroll Inc.**
**3020 W Market St**
**Fairlawn, OH 44333**

**Betty Caraway**
**910 N Jefferson Street**
**West Frankfort, IL 62896**

**Blue Cross Blue Shield of Illinois**
**PO Box 650615**
**Dallas, TX 75265-0615**

**Brandon Zanotti**
**14677 Cornith Rd.**
**Marion, IL 62959**

**Cara E. Derry**
**1206 Stonington Dr**
**Herrin, IL 62948**

**Case Status**
**1019 E Montague Ave North**
**North Charleston, SC 29405**


**Cheryl A. Tindall-Borcky**
**1106 E Main St**
**Benton, IL 62812**


**Citi Business Card**
**PO Box 71820**
**PHILADELPHIA, PA 19176-1820**


**Clearwave Communications**
**PO Box 808**
**Harrisburg, IL 62946**


**Courtney A. Malone**
**22588 Corinth Road**
**Thompsonville, IL 62890**


**Dawn Gabel**
**2901 Oak Avenue**
**Mattoon, IL 61938**


**Dish Cable**
**9601 S. Meridian Blvd**
**Englewood, CO 80112**


**Farmers State Bank of Alto Pass**
**Marion West Office**
**2806 Outer Drive**
**Marion, IL 62959**


**Filevine**
**1260 E Stringham Ave**
**Salt Lake City, UT 84106**

**First Southern Bank**
**P.O. Box 580**
**102 Airway Dr.**
**Marion, IL 62959**

**Google Suite**
**1600 Amphitheatre Pkwy**
**Mountain View, CA 94043**

**Hibu**
**PO Box 660052**
**Dallas, TX 75266-0052**

**Illinois Department of Revenue**
**BK Unit Level 7-425**
**100 Randolph St.**
**Chicago, IL 60601**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Jacqueline R. Parrish**
**220 S. Fly Avenue**
**Goreville, IL 62939**

**Konica Minolta Premier Finance**
**PO Box 105743**
**Atlanta, GA 30348-5743**

**LexisNexis Risk Solutions**
**28330 Network Place**
**Chicago, IL 60673-1283**

**Mountain Valley Water**
**PO Box 1531**
**Mount Vernon, IL 62864**

**Northwestern Mutual**
**720 East Wisconsin Ave**
**Milwaukee, WI 53202**

**Pearl Insurance**
**PO Box 3930**
**Peoria, IL 61612-3930**

**Phillip G. Palmer**
**1405 N. Magnolia Drive**
**Marion, IL 62959**

**Pitney Bowes**
**PO Box 981022**
**Boston, MA 02298-1022**

**Quadient Leasing USA Inc.**
**478 Wheelers Farms Rd.**
**Milford, CT 06461**

**Republic Services**
**PO Box 9001099**
**Louisville, KY 40290**

**Robert C. Wilson**
**Attorney for Farmers State Bank of Alto Pass**
**The Law Office of Robert C. Wilson**
**P.O. Box 544**
**Harrisburg, IL 62946**

Royal Cleaning Services
4474 Old Rt 13
Carterville, IL 62918


Sam Mitchell
PO Box 70
West Frankfort, IL 62896


SI Maintenance
PO Box 774
Benton, IL 62812


State Farm
PO Box 2915
Bloomington, IL 61702


State Farm
PO Box 52251
Phoenix, AZ 85072


West Frankfort Water Dept.
605 N. Main St.
West Frankfort, IL 62896


West Law
610 Opperman Drive
Eagan, MN 55123-1396


Zoom Phones
55 Almaden Blvd
San Jose, CA 95113