# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ] | In Proceedings Under Chapter 11 |
| ] | |
| **LPB MHC LLC d/b/a SAM C.** ] | |
| **MITCHELL & ASSOCIATES,** ] | Case No. 24-40450 |
| ] | |
| **Debtor.** ] | |

## FARMERS STATE BANK OF ALTO PASS'S SECTION 1111(b)(1), (2) ELECTION

Now Comes, Farmers State Bank of Alto Pass ("FSB"), by and through its Attorney, Darrell Dunham, and hereby notifies this Court and all Parties that for its Section 1111(b)(1),(2) Election that it elects to be treated as a fully secured claim.

Dated: February 6, 2025

/s/Darrell Dunham
Darrell Dunham
Attorney for Plaintiff
308 West Walnut Street
Carbondale, IL 62901
618-549-9800 | Fax: 618-549-9805
darrelldunhamassociates@gmail.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the above document will be served on all parties who have entered their appearance of record by filing the same with this Court's electronic service program which in turn served all parties of record.

Dated: February 6, 2025        /s/ Darrell Dunham
                               Darrell Dunham

C:\Users\patrick\Documents\LPB\1111(b) Election.wpd